1  PHILLIP A. TALBERT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Respondent

7

8
                     IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 | FERNANDO VIVANCO-ZAMBRANO,         | CASE NO. 1:23-CV-01328-SKO

12 |             Petitioner,

13 | v.                                  | ORDER

14 | WARDEN, FCI-MENDOTA,

15 |             Respondent.

16

17     On November 9, 2023, the Respondent's requested an extension of time to November 30, 2023,

18 to file its response or motion to dismiss.

19     IT IS HEREBY ORDERED that the Respondent's request for an extension is granted. The

20 response is now due November 30, 2023.

21
   IT IS SO ORDERED.
22

23 Dated:   **November 13, 2023**              /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                             1