UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO VIVANCO-ZAMBRANO, | No. 1:23-cv-01328 JLT SKO (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE THE CASE |
| v. | |
| WARDEN, FCI-MENDOTA, | |
| Respondent. | |
| | (Docs. 10, 13) |

Fernando Vivanco-Zambrano is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Respondent moved to dismiss the petition.  (Doc. 10.)  The assigned magistrate judge found the underlying petition was moot, because evidence provided by Respondent demonstrated Petitioner received the requested relief and was released from custody on November 17, 2023.  (Doc. 13 at 2.)  Therefore, the magistrate judge recommended the motion to dismiss be granted.  (*Id.* at 3.)

The Court served the Findings and Recommendations at the only address on record for Petitioner—at FCI Mendota—and the document was returned as "Undeliverable, No Longer at this Address," consistent with his release from custody.  Despite the mail return, the Court finds service shall be deemed fully effective pursuant to Local Rule 182(f).

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this

1

case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

In the event a notice of appeal is filed, a certificate of appealability will not be required because this is an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996). Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 5, 2024 (Doc. 13) are **ADOPTED** in full.
2. Respondent's motion to dismiss (Doc. 10) is **GRANTED**.
3. The petition for writ of habeas corpus is **DISMISSED** with prejudice.
4. The Clerk of Court is directed to enter judgment and close the case.
5. In the event a notice of appeal is filed, no certificate of appealability is required.

IT IS SO ORDERED.

Dated: **February 9, 2024**

_____
UNITED STATES DISTRICT JUDGE

2